United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CONTAWE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00222-JD<br><br>**ORDER TO SHOW CAUSE** |

　　　At 10:00 a.m. on Wednesday, April 20, 2016, the Court called this case for a hearing on defendants' motion to dismiss (Dkt. No. 51).  Counsel for plaintiff did not appear.  This absence was unexpected and unexcused.

　　　Plaintiff's counsel Nikolaus W. Reed is ordered to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for his failure to appear at a noticed hearing in this matter.  Mr. Reed's response to this order is due by 5:00 p.m. on Monday, April 25, 2016.

　　　**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
JAMES DONATO
United States District Judge