UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CONTAWE,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>         Defendants. | Case No. 15-cv-00222-JD<br><br>**ORDER RE SANCTIONS**<br><br>Re: Dkt. Nos. 55, 57 |

The Court issued an order directing plaintiff's attorney Nikolaus W. Reed to "show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for his failure to appear at a noticed hearing in this matter" on Wednesday, April 20, 2016. Dkt. No. 55.

The Court finds that Mr. Reed's response to the order, Dkt. No. 57, fails to show good cause for his unexcused failure to appear. Mr. Reed is consequently sanctioned in the amount of **$200.00**, to be paid to the Clerk of the Court, Office of the Clerk, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102-3489, by **May 9, 2016**. The Court expects that it will not see from Mr. Reed any more unexcused absences going forward.

**IT IS SO ORDERED.**

Dated: April 29, 2016

_____
JAMES DONATO
United States District Judge